UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.    2:03-cr-21-FtM-29SPC

DARTANIAN GOTAY
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion Under 18 U.S.C. 3582(c)(2) and U.S. Sentencing Guidelines 1B1.10(c) for Reduction of Sentence Based on 2010 Guideline Amendment 748, Which Became Effective on November 1, 2010 and Caused a Two-Level Reduction in Base Offense Level for Cocaine Base (Doc. #23) filed on October 20, 2011.

Defendant requests a reduction in his sentence based on Amendment 748, which implemented substantive provisions of the Fair Sentencing Act of 2010 in the 2010 Sentencing Guidelines, and the 18 U.S.C. § 3553(a) sentencing factors.  A district court is authorized to reduce a sentence based on a sentencing range that subsequently was lowered by the Sentencing Commission only if the amendment to the guidelines is listed in U.S.S.G. § 1B1.10(c). See § 3582(c)(2); § 1B1.10(a)(1); § 1B1.10, comment. (n.1(A). Amendment 748, which will be redesignated as Amendment 750, is not listed in § 1B1.10(c), so the Court is not authorized to reduce defendant's sentence pursuant to § 3582(c)(2).  Therefore, the motion will be denied.

Amendment 750 will have retroactive effect as of November 1, 2011, although defendant's career offender status may be problematic. The Court will appoint the Federal Public Defender in regards to a possible motion under Amendment 750.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion Under 18 U.S.C. 3582(c)(2) and U.S. Sentencing Guidelines 1B1.10(c) for Reduction of Sentence Based on 2010 Guideline Amendment 748, Which Became Effective on November 1, 2010 and Caused a Two-Level Reduction in Base Offense Level for Cocaine Base (Doc. #23) is **DENIED.**

2. The Federal Public Defender is appointed to represent defendant in connection with the determination of whether an appropriate motion for reduction of sentence may be filed, and if so, to file such a motion. The Clerk shall add the Federal Public Defender's Office as counsel of record and provide a copy of this Order to that Office.

**DONE AND ORDERED** at Fort Myers, Florida, this ___21st___ day of October, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Dartanian Gotay